UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIDA ZECENA,<br>Petitioner,<br><br>v.<br><br>STEVEN FARQUHARSON, District Director, INS, GARY COTE, Officer in Charge, INS, JAMES W. ZIGLAR, Commissioner, INS, JOHN J. ARMSTRONG, JOHN ASHCROFT, Attorney General of the United States,<br>Respondents. | CIV. NO. 3:02CV00322 (DJS) |

### STIPULATION OF DISMISSAL

The undersigned hereby stipulate that the above-captioned matter is hereby dismissed with prejudice and without costs or attorney's fees pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

| PETITIONER,<br>ELIDA ZECENA | RESPONDENT,<br>STEVEN FARQUHARSON, ET AL.<br><br>KEVIN J. O'CONNOR<br>UNITED STATES ATTORNEY |
|---|---|
| _____<br>JON ERIC JESSEN, ESQ.<br>733 SUMMER ST.<br>SUITE 406<br>STAMFORD, CT 06901<br>FED. BAR NO. ct 08906<br><br>DATE: 11/2/03 | _____<br>JAMES K. FILAN, JR.<br>ASSISTANT U.S. ATTORNEY<br>915 LAFAYETTE BOULEVARD<br>BRIDGEPORT, CT 06604<br>FED. BAR NO. ct 15565<br><br>DATE: 10/31/03 |

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

Jon Eric Jessen
733 Summer St.
Suite 406
Stamford, CT 06901

Dated at Bridgeport, Connecticut this 31st day of October, 2003.

_____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY