UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ELIDA ZECENA**<br>    Petitioner | : |
| | : CIVIL NO.: 3:02cv322(DJS) |
| v. | |
| **STEVEN FARQUHARSON, District Director, INS, ET AL**<br>    Respondents | : |

### ORDER

The Stipulation of Dismissal (Doc. #7) is hereby **GRANTED.  The Clerk shall close this case.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   14th   day of November, 2003.

                                                  /s/DJS                                    
                                                 Dominic J. Squatrito
                                                 United States District Judge